IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr328-MHT |
| | ) | (WO) |
| KLESHINDA S. MILES | ) | |

ORDER

It is ORDERED that the motion to strike the forfeiture allegation from the indictment (doc. no. 76) is granted.

DONE, this the 17th day of August, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE